# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 10-8279-JHN (PLA)                                        Date October 13, 2011

Title: Daniel James Trebas v. Michael Ferguson, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**    ( IN CHAMBERS)

On August 22, 2011, this Court issued an Order Dismissing Second Amended Complaint with Leave to Amend. The Order gave plaintiff until September 22, 2011, to file a Third Amended Complaint that remedied the deficiencies discussed in the Order.  The Order expressly admonished plaintiff that, if he failed to timely file a Third Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute.  To date, plaintiff has not filed a Third Amended Complaint.

Accordingly, **no later than November 4, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Third Amended Complaint on or before November 4, 2011, shall be deemed compliance with this Order to Show Cause.  Plaintiff's failure to file a Third Amended Complaint by November 4, 2011, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED**.


cc:    Daniel James Trebas, Pro Se


Initials of Deputy Clerk       ch